THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS LYNCH, Defendant, Impleaded with COLUMBIA CASUALTY COMPANY, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

----

## THIRD DEPARTMENT, JANUARY, 1923.

ABRAHAM BARKAN and SOLOMON LEVINE, Doing Business under the Firm Name and Style of NEW YORK MANUFACTURING COMPANY, Respondents, v. DANIEL B. WICKHAM, Appellant.— Judgment unanimously affirmed, with costs. Hasbrouck, J., not sitting.

CHARLES DOMBERT, Appellant, v. OHIO FARMERS INSURANCE COMPANY OF LEROY, OHIO, Respondent.— Order and judgment unanimously affirmed, with costs.

CHARLES DOMBERT and Others, Appellants, v. MILLERS NATIONAL INSURANCE COMPANY OF CHICAGO, ILLINOIS, Respondent.— Judgment dismissing complaint as to the plaintiffs Charles Dombert and Orissa L. Dombert [Whittemore] unanimously affirmed, with costs. Judgment in favor of the plaintiff Egbert Whittemore modified by increasing the amount of recovery to $430, with interest from December 5, 1917, and as so modified unanimously affirmed, with costs. The court disapproves of the fifteenth finding of fact in so far as it finds that Egbert Whittemore's interest was only $290 and interest at the time of the trial, and finds that his interest was $430, with interest from December 5, 1917, and also disapproves conclusion of law numbered five.

CHARLES DOMBERT and Others, Appellants, v. THE LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY OF LIVERPOOL, ENGLAND, Respondent.— Order and judgment unanimously affirmed, with costs.

LOUIS M. GAMSU, Respondent, v. MORRIS LURIE and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

MABEL C. HASKELL, as Executrix, etc., of JOHN M. HASKELL, Deceased, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment and orders unanimously affirmed, with costs, on the opinion of Nichols, J., at Special Term. [Reported in 118 Misc. Rep. 410.]

In the Matter of the Arbitration between HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA, Appellant, and JACOB BELTH, Respondent.— Final order unanimously affirmed, with costs. Hasbrouck, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. ADOLPHUS JAMES, Claimant, Respondent, v. JOHN CORT CO., INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK BRIELMEIER, Claimant, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM J. McCLELLAN,